IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ARMOD RASHAD JAHMAL        )
BOSWELL,                   )
                           )
     Petitioner,           )
                           )      CIVIL ACTION NO.
     v.                    )        2:18cv658-MHT
                           )             (WO)
JOE SEDINGER, et al.,      )
                           )
     Respondents.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 20) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1 and Doc. 7) is denied as time-barred as to petitioner's challenge to his conviction for third-degree burglary because the petition was filed after the expiration of the statute of limitations.

(3) The petition for writ of habeas corpus (Doc. 1

and Doc. 7) is dismissed for lack of jurisdiction as to petitioner's challenge to his convictions for third-degree theft of property and obstructing governmental operations, or, in the alternative, are denied because the petition was filed after the expiration of the statute of limitations.

(4) The petition for writ of habeas corpus (Doc. 1 and Doc. 7) is dismissed as procedurally defaulted as to petitioner's challenge to the probation revocation and sentence imposed on June 8, 2017.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of June, 2021.

                                                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE